UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CR. NO. 12-20349

                                      HONORABLE ROBERT H. CLELAND

HERBIE MATTHEWS,

        Defendant.
_____/

## ORDER
## FOR EXPERT'S VISIT TO WAYNE COUNTY JAIL
## FOR PURPOSES OF A PSYCHOLOGICAL EXAM

Upon this Court's understanding of Defendant's need to have a psychological examination for purposes of sentencing;

**IT IS HEREBY ORDERED** that Dr. Jeffrey Wendt, P.H.D., a psychologist, be allowed to visit Defendant at the Wayne County Jail for the purpose of conducting a psychological examination of HERBIE MATTHEWS. (USMS #47109-039)

JAN 8 2013

Entered: _____

_____
HONORABLE ROBERT H. CLELAND
United States District Judge